UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the matter of:

CONSTANCE KRAMER                              Chapter 7
                                                            Case No. 01-42134-TJT
                    Debtor.                        Hon: Thomas J. Tucker
_____/

## NOTICE OF UNCLAIMED DIVIDENDS

To the Clerk of the Court:

       The attached check in the amount of $240.27, which represents unclaimed dividends in this estate and is paid to the Court pursuant to 11 U.S.C. §347. The name and address of the party entitled to the unclaimed dividends is:

| CLAIM NUMBER | CLAIMANT | AMOUNT |
|---|---|---|
| 1 | The First National Bank of Atlanta<br>c/o Wachovia Bank Card Services<br>POB 14009<br>Atlanta, GA 30324 | $240.27 |
| | **TOTAL:** | **$240.27** |

Dated:    6/30/11                                       /s/ Stuart A. Gold
                                                                   Stuart A. Gold, Trustee
                                                                   24901 Northwestern Hwy., Ste 444
                                                                   Southfield, MI 48075-2223
                                                                   (248) 350-8220
                                                                   stuart.gold@7trustee.net